IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

WILEY ZACHARY CARROLL                                                                                           PLAINTIFF

V.                                                                                          CIVIL ACTION NO. 3:21-CV-00248-RP

WARDEN LODEN and
MS. BARBRA JAMES                                                                                             DEFENDANTS

ORDER REQURING PLAINTIFF TO SUBMIT
ADDITIONAL INFORMATION TO THE COURT

This matter comes before the Court upon Plaintiff Wiley Zachary Carroll's *pro se* complaint challenging the conditions of his confinement pursuant to 42 U.S.C. § 1983. Doc. # 1. Plaintiff complains about the conditions of his confinement while housed at the Marshall County Correctional Facility. *Id.* In order for the Court to properly assess the merits of Plaintiff's claims, more information is needed. Accordingly, Plaintiff must submit additional information regarding his claims, specifically he is directed to provide a description of each named Defendant's—Warden Loden and Ms. Barbra James—personal involvement in the alleged actions or inactions identified in his complaint. Plaintiff must submit this information to the Court within thirty (30) days from the date of this Order. Plaintiff's failure to do so may result in dismissal of this action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**SO ORDERED**, this the 26th day of January, 2022.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE